1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAMIN SARIASLAN,                                    No.  2:15-cv-2492 EFB P

12                 Plaintiff,

13          v.                                            ORDER

14    RONALD RACKLEY, et al.,

15                 Defendants.

16

17          After this civil rights case was closed because of plaintiff's failure to state a claim upon

18    which relief could be granted, plaintiff requested modification to the court's order regarding

19    collection of the filing fee from plaintiff's prison trust account (ECF No. 7).  Section 1915(b)(2)

20    requires that a prisoner proceeding in forma pauperis pay "the full amount of the filing fee"

21    through "monthly payments" and that the payments be forwarded to the Clerk of the Court "each

22    time the amount in the account exceeds $10 . . . ."  In plaintiff's signed application for leave to

23    proceed in forma pauperis, he expressly authorized the collection of funds from his trust account

24    for payments "in accordance with 28 U.S.C. § 1915(b)(2)."  ECF No. 5 at 2.  Accordingly,

25    plaintiff's motion (ECF No. 16) is denied.

26    DATED:  October 31, 2016.

27                                              _____

28                                              EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE