UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN SARIASLAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RONALD RACKLEY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2492-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's October 5, 2017 order.

Plaintiff's request (ECF No. 23) is granted and plaintiff has 45 days from the date this order is served to file his amended complaint.

So ordered.

Dated: October 25, 2017.

　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE