UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN SARIASLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD RACKLEY, et al.,<br><br>    Defendants. | No. 2:15-cv-2492-MCE-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the court's May 16, 2018 findings and recommendations.

    Plaintiff's request (ECF No. 27) is granted and plaintiff has 60 days from the date this order is served to file his objections. Given the length of the extension granted herein, the court is not inclined to extend the time further.

    So ordered.

Dated: June 7, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE