UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN SARIASLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD RACKLEY, et al.,<br><br>    Defendants. | No. 2:15-cv-2492-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 19, 2018, the Magistrate Judge issued an order denying plaintiff's request for appointment of counsel. ECF No. 33. Plaintiff seeks reconsideration of that order. ECF No. 36.

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." the magistrate judge's ruling was neither clearly erroneous nor contrary to law, and Plaintiff's Motion (ECF No. 36) is DENIED.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE