IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RAMIN SARIASLAN,**

Plaintiff,

v.

**RONALD RACKLEY, et al.,**

Defendants.

Case No. 2:15-cv-02492-MCE-EFB (PC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST TO MODIFY SCHEDULING ORDER**

Judge: The Honorable Edmund F. Brennan
Trial Date: Not Set
Action Filed: December 1, 2015

Defendants have requested a modification of the Discovery and Scheduling Order to extend the dispositive motion deadline until sixty days after the deadline for Plaintiff to provide responses to written discovery compliant with the Federal Rules of Civil Procedure. (*See* ECF No. 49.) Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendants' request for a modification of the Discovery and Scheduling Order is GRANTED; and

/ / /

/ / /

/ / /

1

2. The current deadline for dispositive motions is vacated; and

3. The parties may file any dispositive motion no later than sixty days after Plaintiff provides responses to Defendants' discovery requests which comply with the Federal Rules of Civil Procedure. (*Id.*)

Dated: June 11, 2019

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2018301886
13806177.docx

2

[Proposed] Order Granting Defs.' First Request to Modify Scheduling Order (2:15-cv-02492-MCE-EFB (PC))