UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN SARIASLAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD RACKLEY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2492-MCE-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his opposition to defendants' April 20, 2020 motion for summary judgment.

Plaintiff's request (ECF No. 71) is granted and plaintiff has 30 days from the date this order is served to file his opposition.

So ordered.

Dated: May 13, 2020.

　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE